IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:22-cv-80684

GENT ROW, LLC,

    Plaintiff,

v.

TRUIST FINANCIAL
CORPORATION,

    Defendant.
_____/

**RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION
TO STRIKE PLAINTIFF'S REBUTTAL EXPERT WITNESS**

    The Plaintiff, GENT ROW, LLC, by and through its undersigned Counsel hereby files its Response in Opposition to Defendant's Motion to Strike Plaintiff's Rebuttal Expert Witness, and in support thereof, states as follows:

    1.    On September 15, 2023, this Defendant served its Motion to Strike Plaintiff's Rebuttal Expert Witness.

    2.    In its Motion, the Defendant accused the Plaintiff of a "gamesmanship" with regard to an unfortunate cancellation and rescheduling of the Plaintiff's Rebuttal Expert Witness', Mr. Coker deposition.

    3.    Mr. Coker's Rebuttal Expert Witness Report was served on August 11, 2023.

    4.    On August 30, 2023, the Defendant filed a Notice of Taking Deposition of Mr. Coker after mutual coordination.

    5.    Mr. Coker's deposition was scheduled for September 13, 2023.

    6.    During that limited timeframe, the Defendant was scheduling, cancelling, and

rescheduling multiple depositions:

- June 28, 2023, the Defendant's Notice of Taking Deposition of First National Bank on July 7, 2023.

- June 28, 2023, the Defendant's Notice of Taking Deposition of Corporate Representative of First National Bank on July 7, 2023

- July 7, 2023, the Defendant's Notice of Taking Deposition of Corp. Rep. of PNC Bank on August 2, 2023.

- July 7, 2023, the Defendant's Notice of Continued Deposition of Thomas W. Beasley, III, individually and as Corporate Representative of Gent Row, LLC on August 3, 2023.

- July 10, 2023, the Defendant's Notice of Taking Deposition and Subpoena for Deposition of Corporate Representative of Weber, LLC on July 19, 2023.

- July 11, 2023, the Defendant's Amended Notice of Taking Deposition and Subpoena for Deposition of Corporate Representative of Weber, LLC on July 19, 2023.

- July 21, 2023, the Defendant's Re-Notice of Continuation of Deposition of Thomas W. Beasley, III, individually and as Corporate Representative of Gent Row, LLC on August 29, 2023.

- August 24, 2023, the Defendant's Notice of Taking Deposition of Non-Party Jacob Fish on September 13, 2023.

- August 25, 2023, the Defendant's Amended Notice of Continuance of

- Deposition of Thomas W. Beasley, III, individually and as Corporate Representative of Gent Row, LLC on September 6, 2023.
- August 25, 2023, the Defendant's Notice of Taking Deposition of the Corporate Representative of AMA International Group, Inc. on August 29, 2023.
- August 25, 2023, the Defendant's Amended Notice of Taking Deposition of the Corporate Representative of AMA International Group, Inc. on August 29, 2023.
- August 30, 2023, the Defendant's Notice of Taking Deposition of Donald Coker on September 13, 2023.
- September 6, 2023, the Defendant's Re-Notice of Continuation of Deposition of Thomas W. Beasley, III, individually and as Corporate Representative of Gent Row, LLC on September 11, 2023.
- September 26, 2023, the Defendant's Amended Notice of Taking Deposition of Donald Coker on October 3, 2023.

7. Being this matter an example of David v. Goliath litigation, there was a confusion and delay with regard to a payment for the deposition of Mr. Coker on part of the Plaintiff because of the Plaintiff's limited staff and resources, as well as lack of any communication with regard to such payment on part of the Defendant.

8. When Mr. Coker reminded of the lack of payment for his deposition and advised that he will not appear for his deposition unless being paid in advance, the Plaintiff reached out to the Defendant for the Defendant to send a check to Mr. Coker on September 12, 2023.

3

9. Although the Defendant allegedly sent a check express, the check was not delivered to Mr. Coker until September 15, 2023.

10. Due to the lack of payment, Mr. Coker refused to sit for the deposition on September 13, 2023.

11. The Plaintiff immediately reached out to the Defendant to notify and apologize about the situation and in good faith offered to compensate the Defendant for the costs of the cancelled deposition and reschedule the deposition for a different date.

12. However, instead of accepting the offered compensation for costs of the cancelled deposition and responding to the Plaintiff's rescheduling efforts, the Defendant instead filed the instant Motion to Strike Plaintiff's Rebuttal Expert Witness, ironically accusing the Plaintiff of a "gamesmanship."

13. The Defendant argues that a legal assistant from the undersigned counsel sent an email informing of the fact that Mr. Coker has to reschedule the deposition as he had not received a payment in time and had not been prepped.

14. The new inexperienced legal assistant went beyond instructions given when sending the email to the Defendant.

15. Recently, the Defendant agreed to reschedule the deposition of Mr. Coker for October 3, 2023, and the deposition has been rescheduled as such. Hence, there is no unfair prejudicial effect.

16. Therefore, there is no reason to strike the expert witness Mr. Coker.

17. "Nevertheless, Defendants did not attempt to depose these witnesses, and, instead, seek the harsh sanction of striking these witnesses . . . [a]ccordingly, having considered the parties' filings and being otherwise advised, it is hereby [ordered, adjudged, and decreed] that Defendants'

4

Motion to Strike Certain Plaintiffs' Witnesses [] be, and the same is hereby [denied]. *Polycarpe v. E & S Landscaping Serv.*, No. 07-23223-CV-JLK, 2012 U.S. Dist. LEXIS 23979, at *5 (S.D. Fla. Feb. 24, 2012).

18.     The striking of Mr. Coker as an expert witness would be a harsh remedy, especially when the issue was not caused by the Plaintiff or the Plaintiff's counsel, and the problem has all been cured, at this time.  The deposition is rescheduled for October 3, 2023, and the Defendant will have his opportunity to depose the expert.

## Conclusion

WHEREFORE, the Plaintiff, GENT ROW, LLC, respectfully moves this Court for entry of an Order denying the Defendant's Motion to Strike Expert Witness, awarding the Defendant reasonable costs for the cancelled deposition, and such other relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 29th day of September 2023, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

Respectfully submitted,

s/ Michal Slavik_____
Peter Ticktin, Esquire
Florida Bar No. 887935
Michal Slavik, Esquire
Florida Bar No. 1026393
Serv512@LegalBrains.com
Serv521@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757

## SERVICE LIST

**LIEBLER, GONZALEZ, & PORTUONDO**
44 West Flagler Street, 25th Floor
Miami, Florida 33130
Telephone: (305) 379-0400
*Attorneys for Defendant, Truist Financial Corporation*
By: */s/ Dora F. Kaufman*
Dora F. Kaufman
Florida Bar No.: 771244
DFK@lgplaw.com
Mark E. Steiner
Florida Bar No. 28513
MES@lgplaw.com